GEORGE N. REXROAD AND BERT MATHIAS v. KANSAS FIRST MORTGAGE COMPANY.

**No. 278.**

APPELLATE PRACTICE—*Defective Record.* The record contains no ruling upon the motion for a new trial and no copy of the journal entry of judgment, and we cannot pass upon the errors set out in the petition in error.

Error from Reno district court; F. L. MARITN, judge. Opinion filed July 13, 1898. Affirmed.

*C. M. Williams,* for plaintiffs in error.

*H. Whiteside,* for defendant in error.

The opinion of the court was delivered by

DENNISON, P. J. : The brief of the plaintiff in error contains no assignments of error.

The petition in error alleges : (1) That the court erred in sustaining the demurrer of the defendant in error, plaintiff below, to the evidence of the plaintiffs in error, defendants below ; (2) that the court erred in overruling the motion for a new trial, filed by plaintiff in error in the court below ; (3) that the court erred in giving judgment for the Kansas First Mortgage Company, when it ought to have been given for the plaintiff in error.

If the court errs in sustaining a demurrer it must be given a chance to correct the errors by a motion for a new trial. The record contains no ruling upon the motion for a new trial. We cannot decide that the court erred in overruling the motion for a new trial for we are not advised what its ruling was. The record contains no copy of the journal entry of judgment. We doubt whether the papers attached to the petition in error constitute a valid case-made.

The judgment of the district court is affirmed.